**Order filed, June 3, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas

———————

## NO. 01-22-00227-CR

### BERNADETTE MCZIEL SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the County Court at Law No. 5
### Fort Bend County, Texas
### Trial Court Case 20-CCR-216020

---

## ORDER

The reporter's record in this case was due May 16, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Vanessa Owens, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM